## 11641. SCHLEY v. THE STATE.

A conviction of gaming was authorized by the evidence.
DECIDED JULY 28, 1920.

Accusation of gaming; from city court of Greensboro—Judge Brown. May 18, 1920.

From the evidence it appears that the defendant was one of several negroes found together "back of Dr. Adams' in Greensboro," by deputy-sheriff Copelan, city-marshal Bethea, and W. D. Taylor, who went there because of information as to gambling, Taylor testifying that some information had come to him "about

a crowd of white folks down there gambling," and that he got Copelan to go down there. Copelan testified: "I found the negroes, seven of them, sitting in a ring, with cards in their hands, and I got a half-dollar off the ground. This is all the money I saw. I watched them about a minute or two before they saw me. I couldn't say what they were doing,—I couldn't see exactly, and I left the place where I first got and walked around and got to them before they saw me. They dropped the cards when they saw me." To the question, "Did this boy (the defendant) have any cards in his hand?" the witness responded, "Yes, sir; I know one of them did." He further testified: "I first saw the money on the ground, and one of the negroes, John Ruff, picked it up, and he then gave it to one of the negroes, and I made him give it to me. This boy was one of the seven sitting round in a ring holding cards in their hands. Mr. Bethea was a good ways off. The game was broken up before Mr. Bethea got there. . . When I first saw them I could not tell what they were doing and could not see more than the tops of their heads. I then walked round and got closer to them. I never saw any of them throw down a card, and could not say from anything I saw that they were gambling, except they had cards in their hands. From what I saw I am satisfied they were playing cards for money." Being asked why he swore this, the witness answered: "I saw them with the cards in their hands and after they throwed them down." Being asked if he saw any of the negroes play a card he testified: "I can't say that I did. I saw them throw all down; and having cards in their hands is sufficient to make me know what they are doing. I saw John Ruff pick up a half-dollar which they said was the defendant's. I never heard a word to indicate that they were gambling. I never saw him pick it up, nor anything bet against the half-dollar. I am satisfied they were playing and betting for money, I will swear that they were from what I saw. The place where these negroes were had some bushes and trees around it and was about 100 yards from the nearest negro house." The witness produced a full deck of cards, which he testified were the cards picked up by him at the time referred to above. Bethea and Taylor testified as witnesses for the defendant, Bethea stating that he got to where these negroes were ahead of Copelan and waited for Copelan and Taylor to come up, and that he could see them and saw cards on the ground, but did

not see them playing cards and did not see any money or anything to indicate that they were playing. Taylor testified, that he was with Copelan and saw no money there and no cards except the cards on the ground, but heard Copelan say that he' (Copelan) got half a dollar ; that when he (the witness) and Copelan "walked on down on them " one of the negroes got up and started to walk off, and that Copelan " pulled a gun on them." John Henderson testified that he was "one of the negroes indicted for gaming," and that on the occasion referred to in the testimony there was no gaming, and there was no money on the ground; that he had fifty cents in his pocket and he gave it to Mr. Copelan.

*Joseph G. Faust,* for plaintiff in error, cited: 8 *Ga. App.* 97; Id. 473; 2 *Ga. App.* 534; Id. 624; 15 *Ga. App.* 470; 16 *Ga. App.* 376.

*Doyle Campbell, solicitor-general, Miles W. Lewis, solicitor,* contra, cited: 120 *Ga.* 197; Id. 311; 123 *Ga.* 502 (1) ; 117 *Ga.* 706; 6 *Ga. App.* 783; 8 *Ga. App.* 124; Id. 407; 9 *Ga. App.* 233; 11 *Ga. App.* 265; 12 *Ga. App.* 571; Id. 710 (2) ; 17 *Ga. App.* 288-9; 21 *Ga. App.* 494; 22 *Ga. App.* 274.

BLOODWORTH, J. The facts in this case are somewhat similar to those in *Frost* v. *State,* 120 *Ga.* 311 (47 S. E. 901). A witness swore in part: "I found the negroes, seven of them, sitting in a ring, with cards in their hands, and I got a half-dollar off the ground." The motion for a new trial contained only the usual general grounds. There was some slight evidence authorizing the verdict; and the verdict having been approved by the trial judge, under the repeated and uniform rulings of this court and of the Supreme Court a reviewing court is powerless to interfere. When the verdict is apparently decidedly against the weight of the evidence, the trial judge has a wide discretion as to granting or refusing a new trial; but whenever there is any evidence, however slight, to support a verdict which has been approved by the trial judge, this court is absolutely without authority to control the judgment of the trial court. *Bradham* v. *State* 21 *Ga. App.* 510 (94 S. E. 618). and cit.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*